SP 3149 '05

05-601M

**UNITED STATES**
**VS**
**ZHURANG, LIRONG NMN**

Lockup Nbr: 58
PDID: 0579474   DOE
CCR: 149995

| Court File Date | LOCK UP | PDID _____ |
|---|---|---|
| NOV 11 2005 | L-58 | DOB _____ |
| | | CCR _____ |

☐ CITATION   ☐ BOND   ☐ Collateral $ _____   Page _____

DEFENSE COUNSEL   CODE   S C A R   DATE WITHDRAWN
☐ PRO SE
1. S. Chu   445-790   ☐ ☐ ☐ ☐ _____
2. _____   ☐ ☐ ☐ ☐ _____

PROSECUTOR   CODE   ASSIGNED TO JUDGE
1. _____
2. _____   Cal. Number _____

☐ Defendant informed of rights pursuant to Superior Court Rule 5 (b) including the right to counsel.
☐ LINEUP ORDER FILED
☐ Sworn Statement Filed Rule 5(c) Determination
PLEA: ☐ Not Guilty   ☐ Made   ☐ Waived
Count(s) _____   ☐ Guilty, JUDGMENT Guilty

**CONTINUED DATE** | **BOND CONDITIONS**
PREL. HEARING | BOND AMOUNT $
STATUS HEARING | ☐ CASH _____ % ☐ SURETY
JURY TRIAL | ☒ PERSONAL RECOGNIZANCE
NON-JURY | ☐ Third Party Custodian
| ☐ Contribution Ordered

☒ Defendant Advised of Penalties for Failure to Appear.
@ 11-14-05 @ 1:45 pm
CTRM 4 IN U.S. DISTRICT COURT

Count(s) _____ Nolle Prosequi Prosecutor: _____
COURT REPORTER   TAPE ☐ C10   CLERK M   JUDGE/COMM. JACKSON

☐ NEW COMMITMENT ☐ BACK TO JAIL O.C. ☐ RELEASE EXECUTED ☒ NOT IN CUSTODY

DISPOSED | PENDING
CLOSED CONT. PAY ShowCause B/W | Status Jury Non-Jury Sent. Others

o Papers
ount(s) _____
rges Filed _____
ony _____
sdemeanor _____
ffic _____
:_____

A
B
C
D
E
F
G
H
I
PROBATION
☐ 163 FILED
entence Date
eport Due Date
ate Jacket Ready For Probation
ate Received in Probation
ly
ate Jacket Returned to Crim. Div.
Diversion
Date Admitted

FILED
NOV 14 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

11.11.05 Updated

Superior Court of the District of Columbia
CRIMINAL DIVISION
SPECIAL PROCEEDINGS

DATE: _____   **FINAL DISPOSITION ONLY**

_____
_____
_____
_____
_____
_____

Count(s) _____ Nolle Prosequi Prosecutor: _____
COURT REPORTER   TAPE ☐   CLERK _____   JUDGE/COMM. _____

☐ NEW COMMITMENT EXECUTED   ☐ BACK TO JAIL O.C.   ☐ RELEASE EXECUTED   ☐ NOT IN CUSTODY