NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.

Criminal Number  05-0601M-01  AK

**LIRONG ZHUANG**
(Defendant)

FILED
NOV 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:  NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ■ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

**SHARON C. CHU (BAR#445790)**
(Attorney & Bar ID Number)

LAW OFFICES OF SHARON C. CHU
(Firm Name)

**100 PARK AVENUE, SUITE #288**
(Street Address)

**ROCKVILLE        MD           20850**
(City)         (State)        (Zip)

**301-838-8988**
(Telephone Number)

RECEIVED
NOV 1 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT