AO442(Rev. 12/85) Warrant for Arrest

FO 1089379

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

LIRONG ZHUANG

**WARRANT FOR ARREST**

CASE NUMBER: 05 - 0601M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Lirong Zhuang_____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

**FILED**

NOV 14 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) __§ 371__.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

NOV 09 2005   District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED<br>11·9·05 | NAME AND TITLE OF ARRESTING OFFICER<br>SEAN McLEOD  SDUSM | SIGNATURE OF ARRESTING OFFICER<br>[signature] |
|---|---|---|
| DATE OF ARREST<br>11·14·05 | | |