IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : MAGISTRATE NO. : 05-601M |
| | : |
| v. | : |
| | : |
| **LIRONG ZHUANG,** | : |
| | : |
| Defendant. | : |
| | : |

**GOVERNMENT'S MOTION TO DISMISS COMPLAINT**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully requests that the Court dismiss, without prejudice, the pending complaint against the defendant.

Respectfully submitted,

KENNETH L. WAINSTEIN
D.C. Bar No. #451058
United States Attorney

By: _____
John Carlin
Assistant United States Attorney
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 353-2457
John.Carlin@usdoj.gov