**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : **MAGISTRATE NO. : 05-601M** |
| | : |
| v. | : |
| | : |
| **LIRONG ZHUANG,** | : |
| | : |
| **Defendant.** | : |
| | : |

## ORDER

Upon consideration of the government's motion to dismiss and for good cause shown, it is this _____ day of February, 2006, hereby

**ORDERED**, that the pending complaint is hereby dismissed, without prejudice.

_____
U.S. Magistrate Judge

Copies to:

John Carlin
U.S. Attorney's Office, Rm. 5235

Sharon C. Chu, Esq.
100 Park Avenue, Suite 288
Rockville, MD 20850
Email: scchu@erols.com