IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. : 05-601M |
| | : | |
| v. | : | |
| | : | **FILED** |
| LIRONG ZHUANG, | : | |
| | : | FEB **2 3** 2006 |
| Defendant. | : | |
| | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

### ORDER

Upon consideration of the government's motion to dismiss and for good cause shown, it is

this __23__ day of February, 2006, hereby

**ORDERED**, that the pending complaint is hereby dismissed, without prejudice.

_____
U.S. Magistrate Judge

Copies to:

John Carlin
U.S. Attorney's Office, Rm. 5235

Sharon C. Chu, Esq.
100 Park Avenue, Suite 288
Rockville, MD 20850
Email: scchu@erols.com

