# EXHIBIT 1

**Ms. Zhuang's United States passport** (1 Copy)

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

_____
SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

PASSPORT / PASSEPORT / PASAPORTE

**UNITED STATES OF AMERICA**

Type / Type / Tipo: **P**
Code / Code / Código: **USA**
Passport No. / No. du Passeport / No. de Pasaporte: **016570402**

Surname / Nom / Apellidos: **ZHUANG**

Given names / Prénoms / Nombres: **LI RONG**

Nationality / Nationalité / Nacionalidad: **UNITED STATES OF AMERICA**

Date of birth / Date de naissance / Fecha de nacimiento: **21 Apr 1975**

Sex / Sexe / Sexo: **F**
Place of birth / Lieu de naissance / Lugar de nacimiento: **CHINA**

Date of issue / Date de délivrance / Fecha de expedición: **10 Jun 2003**
Authority / Autorité / Autoridad: **Washington Passport Agency**

Date of expiration / Date d'expiration / Fecha de caducidad: **09 Jun 2013**

Amendments / Modifications / Enmiendas: **See Page 24**

```
P<USAZHUANG<<LI<RONG<<<<<<<<<<<<<<<<<<<<<<<<
0165704025USA7504219F1306097<<<<<<<<<<<<<<06
```

## IMPORTANT INFORMATION

PASSPORT PERSONAL DATA. PLEASE REVIEW THIS PASSPORT CAREFULLY. TO REPORT ANY ERRORS ON YOUR PERSONAL DATA, OR TO HAVE THEM CORRECTED, PLEASE CALL 1-900-225-5674.

VISAS. A FOREIGN ENTRY VISA IS AN ENDORSEMENT OR STAMP PLACED BY AN OFFICIAL OF A FOREIGN COUNTRY ON A PASSPORT THAT ALLOWS THE BEARER TO VISIT THAT FOREIGN COUNTRY.

IT IS THE RESPONSIBILITY OF THE PASSPORT BEARER TO OBTAIN THE NECESSARY VISAS.

LE TITULAIRE DU PASSEPORT EST SEUL RESPONSABLE DE L'OBTENTION DES VISAS REQUIS.

EL PORTADOR DEL PASAPORTE DEBERA OBTENER LAS VISAS NECESARIAS.

## BEFORE YOU TRAVEL ABROAD

1. **Travel Information:** Consult our Consular Information Sheets, Travel Warnings and Public Announcements, autofax 202-647-3000, listen at 202-647-5225, or Internet http://travel.state.gov.

2. **Health and Shots Information:** Contact the Centers for Disease Control and Prevention (CDC) 1-877-394-8747 (1-877-FYI-TRIP), autofax 1-888-232-3299, or http://www.cdc.gov.

3. **Health Insurance:** Medical costs abroad can be extremely expensive. Does your insurance apply overseas, including medical evacuation, payment to the overseas hospital or doctor, or reimbursement to you later? See our brochure "Medical Information For Americans Traveling Abroad," autofax 202-647-3000, or http://travel.state.gov. Medicare/Medicaid does not cover healthcare costs outside the U.S.

4. **Your Passport:** Make sure you have a signed, valid passport, and foreign entry visas, if required. Make two photocopies of your passport ID page. Leave one at home with family/friends. Carry the other with you in a place separate from your passport.

5. **Emergency Contact:** Fill in emergency information page of your passport. Leave copy of itinerary with family/friends at home.

6. **Foreign Laws:** Remember, while in a foreign country, you are subject to its laws. Penalties for violating local law, even unknowingly, can be more severe than in the U.S. for similar offenses.

7. **Drugs:** Do not carry packages abroad for strangers. Penalties for possession, even unknowingly, or trafficking in illegal drugs, even unknowingly, are strict and convicted offenders can expect jail sentences and heavy fines.

8. **Safety:** Do not be a target. Avoid conspicuous clothing and expensive jewelry and do not carry excessive amounts of money or unnecessary credit cards. Read the security and crime sections of the Consular Information Sheets noted above. Consult "A Safe Trip Abroad" and other State Department publications for travelers at http://travel.state.gov.

9. **U.S. Treasury Restrictions on importation of goods and services:** Consult the U.S. Treasury Department, Office of Foreign Assets Control (OFAC), http://www.treas.gov/ofac, Info-by-Fax 202-622-0077, or write U.S. Department of the Treasury, Office of Foreign Assets Control, 1500 Pennsylvania Avenue, N.W., Treasury Annex, Washington, D.C. 20220.

10. **Parental Child Abduction:** For information on prevention of international parental child abduction or help if your child has been taken, you may contact the U.S. Department of State's Office of Children's Issues at 202-736-7000, or consult our home page at http://travel.state.gov.

## WHILE IN THE FOREIGN COUNTRY

1. **Register with the U.S. Embassy:** When traveling to remote or volatile areas, visiting a foreign country for a prolonged stay, or residing abroad — register with the U.S. embassy or consulate by telephone, fax or in person.

2. **Be mindful of security threats:** Do not leave luggage unattended in public areas or accept packages from strangers.

3. **Avoid violating local laws:** Deal only with authorized agents when exchanging money or purchasing souvenirs.

4. **Trouble:** Contact the nearest U.S. embassy or consulate. If you are arrested, demand to see the U.S. consul.

5. **Disasters and Catastrophic Events:** If a catastrophic event occurs, call home to let family and friends know you are okay. If you require assistance, contact the nearest U.S. embassy or consulate.

6. **U.S. Taxes:** All U.S. citizens working and residing overseas are required to file and report on their worldwide income. Consult the IRS at http://www.irs.ustreas.gov/prod/tax_edu/faq/faqg.html for "Tax Information for Aliens and U.S. Citizens Living Abroad." See also IRS Publication 54, "Tax Guide for U.S. Citizens and Resident Aliens Abroad."

7. **Social Security:** Inquiries should be directed to the Social Security Administration, Office of International Programs, http://www.ssa.gov/international/inter_intro.html; or write to Social Security Administration, Office of International Operations, P.O. Box 17769, Baltimore, MD 21235, or contact the nearest U.S. Social Security office in the United States or at the U.S. embassy or consulate abroad.

8. **Loss of U.S. Citizenship:** Under certain circumstances, you may lose your U.S. citizenship by performing, voluntarily and with the intention to relinquish U.S. citizenship, any of the following acts: (1) being naturalized in a foreign state; (2) taking an oath or making a declaration to a foreign state; (3) serving in the armed forces of a foreign state; (4) accepting employment with a foreign government; or (5) formally renouncing U.S. citizenship before a U.S. consular officer overseas. Consult the nearest American embassy or consulate, or contact the Office of American Citizens Services and Crisis Management, Department of State, 2201 C Street, N.W., Room 4817, Washington, D.C. 20520–4818, or call 1–202–647–5225. You may continue to have U.S. tax liability even if you lose U.S. nationality. Address questions on this topic to the IRS.

9. **Dual Citizens:** A person who has the citizenship of more than one country at the same time is considered a dual citizen. A dual citizen may be subject to the laws of the other country that considers that person its citizen while in that country's jurisdiction, including conscription for military service. Dual nationality may hamper efforts to provide U.S. consular protection to dual citizens in the foreign country of their other nationality. Dual citizens who encounter problems abroad should contact the nearest American embassy or consulate.

## OTHER IMPORTANT INFORMATION

1. **U.S. Customs Service:** Contact the U.S. Customs Service, http://www.customs.ustreas.gov/ for a copy of "Know Before You Go" and "Pets, Wildlife, U.S. Customs."

2. **Agriculture:** Consult the U.S. Department of Agriculture, http://www.aphis.usda.gov/oa/travel.html for a copy of "Travelers' Tips On Bringing Food, Plant, and Animal Products into the United States." See also U.S. Fish and Wildlife Service, "Facts About Federal Wildlife Laws," http://www.fws.gov/laws/facts.html.

## IMPORTANT THINGS TO REMEMBER ABOUT YOUR PASSPORT

1. **It is unlawful** for any person other than the named bearer to use this passport. Use of this passport in contravention of the passport regulations or of the conditions or restrictions set out in this passport, or for travel to countries where a U.S. passport is not valid is a felony. Title 18, U.S. Code, Section 1544. For further information, contact the nearest U.S. embassy or consulate or the Department of State, Office of Passport Policy, Planning and Legal Advisory Services, 202-955-0231.

2. **U.S. Government Property:** This passport is the property of the United States Government. Upon demand made by an authorized representative of the United States Government, it must be surrendered.

3. **Loss, theft, or destruction of passport** should be reported immediately to local police authorities and to Passport Services, Washington, D.C. 20520-4818, or, if overseas, to the nearest American embassy or consulate. Your passport is a valuable citizenship and identity document, which should be carefully safeguarded.

4. **Alteration or mutilation of passport:** This passport must not be altered or mutilated in any way. Alteration may make it INVALID, and, if willful, may subject you to prosecution (Title 18, U.S. Code, Section 1543). Only authorized officials of the United States or of foreign countries, in connection with official matters, may place stamps or make statements, notations, or additions in this passport. You may amend or update personal information for your own convenience on page 7.

## PERSONAL DATA AND EMERGENCY CONTACT INFORMATION

FOR YOUR PROTECTION, PENCIL IN THE NAMES AND ADDRESSES BELOW.

PLEASE KEEP THESE ENTRIES UP TO DATE.

BEARER'S ADDRESS IN THE UNITED STATES:
ADRESSE DU TITULAIRE AUX ETATS-UNIS:
DIRECCION DEL PORTADOR EN LOS ESTADOS UNIDOS:

BEARER'S FOREIGN ADDRESS:
ADRESSE DU TITULAIRE A L'ETRANGER:
DIRECCION DEL PORTADOR EN EL EXTRANJERO:

IN CASE OF EMERGENCY, NOTIFY THE NEAREST AMERICAN EMBASSY OR CONSULATE OR THE STATE DEPARTMENT, OFFICE OF AMERICAN CITIZENS SERVICES AND CRISIS MANAGEMENT, AT 202-647-5225, AND THE EMERGENCY CONTACT YOU NAME BELOW:

EN CAS D'URGENCE, PRIERE D'AVISER L'AMBASSADE OU LE CONSULAT DES ETATS-UNIS LE PLUS PROCHE OU LE BUREAU DES SERVICES AUX CITOYENS AMERICAINS ET DE REPONSE AUX CRISES DU DEPARTEMENT D'ETAT, AU 202-647-5225, AINSI QUE LA PERSONNE QUE VOUS DESIGNEZ CI-DESSOUS.

EN CASO DE EMERGENCIA, NOTIFIQUE A LA EMBAJADA O CONSULADO DE LOS ESTADOS UNIDOS MAS CERCANO, O AL CENTRO DE EMERGENCIA PARA CIUDADANOS Y GESTION DE CRISIS, DEPARTAMENTO DE ESTADO, POR EL TELEFONO 202-647-5225, Y A LA PERSONA QUE SE INDICA A CONTINUACION.

Name
Nom
Nombre

Address
Adresse
Dirección

Telephone
Téléphone
Teléfono

















22 23

*Amendments and Endorsements*
*Modifications et mentions spéciales*
*Enmiendas y Anotaciones*

