# EXHIBIT 2

## Ms. Zhuang's transcript issued by the University of Maryland at College Park (1 Certified Copy)

Case 1:05-mj-00601-AK   Document 9-3   Filed 07/02/2008   Page 1 of 3




# UNIVERSITY OF MARYLAND
## COLLEGE PARK
Office of the Registrar
College Park, Maryland 20742

THIS OFFICIAL TRANSCRIPT IS PRINTED ON SECURITY PAPER AND DOES NOT REQUIRE A RAISED SEAL

David D. Robb
University Registrar

RECIPIENT:

ZHUANG, LIRONG
4315 GALLATIN STREET
HYATTSVILLE MD 20781

ISSUED TO STUDENT

STUDENT: Zhuang, Lirong
ID      : 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

STATUS: NOT CURRENTLY REGISTERED
DATE  : 10/30/06

PAGE : 1

```
SATISFIED FRESHMAN ENGLISH REQUIREMENT
SATISFIED FUNDAMENTAL MATH REQUIREMENT
    TRANSFER CREDIT INFORMATION
-------------------------------------
MONTGOMERY COLLEGE
SPRG 1996 SEMINAR FOR INTL STUDENT 02.00
          VOICE & DICTION           03.00
FALL 1996 PRIN OF ACCOUNTING I      04.00
          COMPUTER APPLICATIONS I   03.00
          PRIN OF ECON I            03.00
          ELEM APPL CALCULUS I      04.00
SPRG 1997 ART APPRECIATION          03.00
          STATISTICS FOR BUS ADM    03.00
          PRIN OF ECON II           03.00
          MODERN ASIA               03.00
SUMR 1997 INTRO TO BUSINESS         03.00
          PRIN HEALTH LIVING        01.00
SUMR 1997 PRIN OF ACCOUNTING II     04.00
FALL 1997 ECONOMIC DEVELOPMENTS     03.00
          TECH OF RDNG & WRTG I     03.00
          BUSINESS LAW I            03.00
          INTRO TO MUSIC THEORY     03.00
SPRG 1998 YOGA                      01.00
          GEN PHYSICS I             04.00
          GEN PSYCHOLOGY            03.00
SUMR 1998 TECH OF RDNG & WRTG II    03.00
SUMR 1998 FUND OF SPEECH            03.00
 APPLICABLE UG INST. CREDITS   :   65.00

  TOTAL UG CREDITS APPLICABLE  :   65.00
-------------------------------------

Fall 1998  SMITH SCHOOL OF BUSINESS
ACCOUNTING
BMGT321  COST ACCOUNTING        03.00 B
BMGT350  MKT PRINC+ORGANIZ      03.00 B
ECON306  INTERMED MICROEC THRY  03.00 A
ECON440  INTERNATL ECONMICS     03.00 A
** SEMESTER ACADEMIC HONORS **
SEM  : ATT 12.00 ERN 12.00 GPA 3.500
UGCUM: ERN 012.00 GPA 3.500
```

```
Spring 1999  SMITH SCHOOL OF BUSINESS
ACCOUNTING
AREC365  HUNGER,POP, + FOOD    03.00 B
BMGT310  INTERMED ACCTG I      03.00 A
BMGT323  INCOME TAX ACCOUNT    03.00 A
BMGT364  MGT+ORGANIZ THRY      03.00 B
CHIN403  CLASSICAL CHIN I      03.00 A
** SEMESTER ACADEMIC HONORS **
SEM  : ATT 15.00 ERN 15.00 GPA 3.600
UGCUM: ERN 027.00 GPA 3.555

Fall 1999  SMITH SCHOOL OF BUSINESS
ACCOUNTING
MANAGEMENT SCIENCE AND STATISTICS
BMGT311  INTERMED ACCTG II     03.00 A
BMGT340  BUSINESS FINANCE      03.00 B
BMGT417  ADV TAX ACCOUNTNG     03.00 B
BMGT422  AUDITING THRY+PRAC    03.00 B
CHIN413  ADV CONVERS+COMPOS    03.00 A
SEM  : ATT 15.00 ERN 15.00 GPA 3.400
UGCUM: ERN 042.00 GPA 3.500

Spring 2000  SMITH SCHOOL OF BUSINESS
ACCOUNTING
BMGT326  ACCOUNTING SYSTEMS    03.00 A
BMGT381  BUSINESS LAW II       03.00 B
BMGT430  LIN STAT MODLS BUS    03.00 A
BMGT495  BUSINESS POLICIES     03.00 B
** SEMESTER ACADEMIC HONORS **
SEM  : ATT 12.00 ERN 12.00 GPA 3.500
UGCUM: ERN 054.00 GPA 3.500

Summer I 2000  SMITH SCHOOL OF BUSINESS
ACCOUNTING
CHIN213  CHIN POETRY-TRANS     03.00 B
ENGL394  BUSINESS WRITING      03.00 A
SEM  : ATT 06.00 ERN 06.00 GPA 3.500
UGCUM: ERN 060.00 GPA 3.500

Summer II 2000  SMITH SCHOOL OF BUSINESS
ACCOUNTING
UGCUM: ERN 060.00 GPA 3.500
```

```
........................................
SMITH SCHOOL OF BUSINESS
BACHELOR OF SCIENCE
AWARDED AUGUST 25, 2000
ACCOUNTING
........................................

UG CUMULATIVE CREDIT : 125.00
UG CUMULATIVE GPA    :   3.500

***** END OF TRANSCRIPT *****
```

**OFFICE OF THE REGISTRAR**
**UNIVERSITY OF MARYLAND**
**COLLEGE PARK, MD 20742**
**301-314-8240**

**RELEASE OF INFORMATION**
This information has been forwarded to you at the request of the student with the understanding that it will not be released to other parties. The Family Educational Rights and Privacy Act of 1974 prohibits release of this information to a third party without the student's written consent. Please return this material if you are unable to comply with this condition of release.

**CALENDAR**
The academic year is comprised of fall and spring semesters. There are also two summer sessions. Beginning in 1996 a winter term semester was added and beginning Fall 2000 four terms were added for Distributed Learning programs: TRM1 - Fall; TRM2 - Winter; TRM3 - Spring; TRM4 - Summer.

**ACCREDITATION**
The University of Maryland is accredited by the Middle States Association of Colleges and Secondary Schools and is a member of the Association of American Universities.

**ACADEMIC POLICY INFORMATION**
Students are in good academic standing unless otherwise noted. Academic action, if taken, is posted following each semester. There is no academic action following summer and winter sessions.

Prior to Fall 1973: Contact the Office of the Registrar.

Fall 1973 - Spring 1984: Academic dismissal resulted from repeated semesters of academic probation. Academic probation occurred from failure to earn the appropriate number of quality points each semester and/or failure to maintain a cumulative 1.95 grade point average after completing 45 credit hours.

Fall 1984 – Spring 2002: Academic dismissal resulted from failure to maintain a minimum cumulative grade point average for a given number of semester hours attempted.

Fall 2002 – present: Academic dismissal results from a failure to maintain a minimum cumulative grade point average of 2.0 over the course of two consecutive semesters.

Repeated Courses:
Prior to Fall 1973 - The two courses are averaged. Exception is made for the first semester freshman in which case the latest attempt cancels the earlier grade.

Fall 1973 - Summer 1990 - The highest attempt cancels the other grade(s).

Students who began Fall 1990 to Present - For undergraduate students who first registered at the University of Maryland in the Fall 1990, grades are averaged except for courses taken within the first 24 credits, in which case the highest attempt cancels the other grade(s). For the complete Repeat policy, consult the Undergraduate Catalog.

Graduate Students - The latest attempt cancels the earlier grade.

108096-091806

**COURSE NUMBERING SYSTEM**
*Prior to June 21, 1971:*
| | |
|---|---|
| 001-010 | Primarily freshman level courses |
| 011-099 | Primarily sophomore level courses |
| 100-199 | Courses at the 100 level are for advanced undergraduates (juniors and seniors) and graduates; however, to earn graduate credit the student must have been admitted previously to graduate school. |
| 200-499 | Courses restricted to graduate students |
| 399 | Master's thesis credit |
| 499 | Doctoral thesis credit |

*Beginning June 21, 1971:*
| | |
|---|---|
| 000-099 | Non-credit courses - are not included in grade point average |
| 100-199 | Primarily freshman level courses |
| 200-299 | Primarily sophomore level courses |
| 300-399 | Junior and senior level courses |
| 400-499 | Junior and senior level courses acceptable toward some graduate degrees |
| 500-599 | Post-Baccalaureate level courses |
| 600-899 | Graduate level courses |
| 799 | Master's thesis credit (not included in GPA) |
| 898-899 | Doctoral thesis credit (not included in GPA) |

**MARKING SYSTEM**
Effective Fall 2001 plus/minus grading system implemented without calculation in grade point average.

| Grade | Description | Quality Points Per Unit |
|---|---|---|
| A+, A, A- | Superior achievement | 4 |
| B+, B, B- | Good | 3 |
| C+, C, C- | Fair | 2 |
| D+, D, D- | Passing for undergraduate; no credit for graduate students | 1 |
| F | Failure | 0 |
| XF | Failure due to academic dishonesty | 0 |
| I | Incomplete | 0 |
| W | Withdrew from course (Undergraduate only) | # |
| X | Withdrew - audit division | # |
| WX | Withdrew first half of semester | # |
| WP | Withdrew second half of semester passing | # |
| WF | Withdrew second half of semester failing | # |
| AU | Audit - Does not imply attendance or any effort in course | # |
| P | Passing | # |
| S | Satisfactory | # |
| U | Unsatisfactory | # |
| NGR | No grade reported | # |
| # | Not used in grade average calculation | |

**TRANSCRIPT NOTATIONS**
| Notation | Description |
|---|---|
| Duplicate Course | Duplicate course content |
| Acd Clemency | Academic Clemency |
| Not Applic | Course is not applicable to student's degree program |
| Repeated Course | as noted |
| Repeat via Transfer | Repeat of a transferred course |
| Inc in Curr Program | Course from previous graduate program included in current graduate program |

---

**TO TEST FOR AUTHENTICITY:** Translucent globe icons *MUST* be visible from both sides when held toward a light source. The face of this transcript is printed on green SCRIP-SAFE® paper with the University seal appearing in the background across the face of the entire document. This is an official transcript only if it bears the seal of the University and the signature of the Registrar in the upper right corner.

**ADDITIONAL TESTS:** When photocopied, a latent security statement containing the words COPY COPY COPY appears over the face of the entire document. When this paper is touched by fresh liquid bleach, an authentic document will stain. A black and white or color copy of this document is not an original and should not be accepted as an official institutional document. This document cannot be released to a third party without the written consent of the student. This is in accordance with the Family Educational Rights and Privacy Act of 1974. If you have any questions about this document, please contact our office at (301) 314-8240. It is a crime under Maryland law to alter, forge, falsely reproduce or falsely use this transcript. MD. EDUC CODE ANN. 26-301 (1985)

06195006

SCRIP-SAFE® Security Products, Inc. Cincinnati, OH•U.S. Patent 5,171,040