# EXHIBIT 4

**The relevant pages of Ms. Zhuang's passport, evidencing her being in China from December 29, 2004, through April 4, 2005** (1 Copy)

Case 1:05-mj-00601-AK    Document 9-5    Filed 07/02/2008    Page 1 of 3

The Secretary of State of the United States of America hereby requests all whom it may concern to permit the citizen/national of the United States named herein to pass without delay or hindrance and in case of need to give all lawful aid and protection.

Le Secrétaire d'Etat des Etats-Unis d'Amérique prie par les présentes toutes autorités compétentes de laisser passer le citoyen ou ressortissant des Etats-Unis titulaire du présent passeport, sans délai ni difficulté et, en cas de besoin, de lui accorder toute aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por el presente solicita a las autoridades competentes permitir el paso del ciudadano o nacional de los Estados Unidos aquí nombrado, sin demora ni dificultades, y en caso de necesidad, prestarle toda la ayuda y protección lícitas.

SIGNATURE OF BEARER/SIGNATURE DU TITULAIRE/FIRMA DEL TITULAR

**NOT VALID UNTIL SIGNED**

PASSPORT / PASSEPORT / PASAPORTE
UNITED STATES OF AMERICA

Type / Type / Tipo: P
Code / Code / Código: USA
Passport No. / No. du Passeport / No. de Pasaporte: 016570402

Surname / Nom / Apellidos: ZHUANG
Given names / Prénoms / Nombres: LI RONG
Nationality / Nationalité / Nacionalidad: UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento: 21 Apr 1975
Sex / Sexe / Séxo: F
Place of birth / Lieu de naissance / Lugar de nacimiento: CHINA
Date of issue / Date de délivrance / Fecha de expedición: 10 Jun 2003
Authority / Autorité / Autoridad: Washington Passport Agency
Date of expiration / Date d'expiration / Fecha de caducidad: 09 Jun 2013
Amendments / Modifications / Enmiendas: See Page 24

P<USAZHUANG<<LI<RONG<<<<<<<<<<<<<<<<<<<<<<<<
0165704025USA7504219F1306097<<<<<<<<<<<<<<06



# 中华人民共和国签证
## CHINESE VISA

A1576541

CATEGORY: L
ENTRIES: 01 (壹)
ENTER BEFORE: 15MAR2005
DURATION OF EACH STAY: 180 DAYS AFTER ENTRY
ISSUE DATE: 15DEC2004
ISSUED AT: 华盛顿
FULL NAME: L. ZHUANG
BIRTH DATE: 21APR1975
PASSPORT NO.: 016570402
REMARKS:

VLCHNZHUANG<<LI<RONG<<<<<<<<<<<<<<<<<<<<<<<<
0165704025USA7504219F05031541920USAAA0XSGT08