# EXHIBIT 5

## Ms. Zhuang's e-ticket regarding her travel to California from May 10, 2005, through May 30, 2005 (1 Copy)

Independence Air itinerary for YEUNG/KATHY,

Thank you for booking with Independence Air. If you have any questions about this or any reservation, please call Independence Air Customer Service at 1-800-FLY-FLYi or email us at customerservice@flyi.com.

If you haven't already joined the iCLUB, please visit flyi.com to enroll.

## Itinerary Details

Confirmation:

Booking date: 04 May 2005

Confirmation number: **QDUYBN**

This is the confirmation number and itinerary for the travel shown. We appreciate your business!

### Flight Information:

Tuesday, 10 May 05        Flight DH 400
- Depart: Washington-Dulles, VA (IAD)     5:15 pm
- Arrive: San Jose, CA (SJC)              8:05 pm

Monday, 30 May 05         Flight DH 401
- Depart: San Jose, CA (SJC)              10:45 pm
- Arrive: Washington-Dulles, VA (IAD)     7:02 am

### Passenger Information:

Washington-Dulles, VA (IAD) to San Jose, CA (SJC)        Flight DH 400
Adult: LIRONG ZHUANG

San Jose, CA (SJC) to Washington-Dulles, VA (IAD)        Flight DH 401
Adult: LIRONG ZHUANG

### Purchaser Information:

YEUNG/KATHY
2323 ASHFORD LANE
WALDORF, MD 20603
United States

YNCINTL_A@HOTMAIL.COM