# EXHIBIT 6

**Docket Sheets regarding the Government's prosecutions of Ms. Ma and Mr. Gomez** (1 Copy)

CLOSED

## U.S. District Court
### District of Columbia (Washington, DC)
### CRIMINAL DOCKET FOR CASE #: 1:05-mj-00602-AK-1

Case title: USA v. MA

Date Filed: 11/09/2005

Assigned to: Magistrate Judge Alan Kay

**Defendant (1)**

**LAN MA**     represented by     **Edward Charles Sussman**
601 Pennsylvania Avenue, NW
Suite 900-South Building
Washington, DC 20004-2601
(202) 737-7110
Fax: (202) 347-1999
Email: edwardsussman@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**     **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**     **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**     **Disposition**

COMPLAINT filed in violation of 18:371.

**Plaintiff**

**USA**     represented by     **John P. Carlin**

District of Columbia live database
Case 1:05-mj-00601-AK    Document 9-7    Filed 07/02/2008    Page 3 of 9
Page 2 of 4

U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 353-2457
Fax: (202) 307-2304
Email: john.carlin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Corbin A. Weiss**
U.S. DEPARTMENT OF JUSTICE
1301 New York Avenue, NW
Washington, DC 20530-0001
(202) 514-1564
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2005 | 1 | COMPLAINT as to LAN MA (1). (Attachments: # 1 Affidavit in Support of Criminal Complaint and Arrest Warrant) (ztnr, ) (Entered: 11/10/2005) |
| 11/10/2005 | | Arrest of LAN MA. (kk) (Entered: 11/25/2005) |
| 11/14/2005 | 2 | Superior Court Number SP3148-05 (ztnr, ) (Entered: 11/14/2005) |
| 11/14/2005 | 3 | Arrest Warrant, dated 11/9/05, returned executed on 11/14/05 as to LAN MA. (Defendant arrested on 11/10/05 and presented in D.C. Superior Court on 11/11/05.) (kk) (Entered: 11/25/2005) |
| 11/14/2005 | | Minute Entry for Return on Arrest Warrant and Initial Appearance as to LAN MA held before Magistrate Judge Alan Kay on 11/14/05 : Arrest Warrant, dated 11/9/05, returned executed. CJA counsel, Edward Sussman, appointed to represent LAN MA. Preliminary Hearing set for 11/29/05 at 1:45 PM in Courtroom 4 before Magistrate Judge Alan Kay. LAN MA placed on Personal Recognizance Bond. (Please Note: The defendant was released on PR bond in D.C. Superior Court on 11/11/05.) [DOJ: John Carlin and Corbin Weiss; CJA: Edward Sussman; Int.: Judith Shapiro](Court Reporter: Pro-Typists, Inc.; Ctrm. 4) (kk) (Entered: 11/28/2005) |
| 11/14/2005 | 4 | ORDER Setting Conditions of Release of Personal Recognizance Bond as to LAN MA (1), signed by Magistrate Judge Alan Kay on 11/14/05. (kk) (Entered: 11/28/2005) |
| 11/29/2005 | | Minute Entry for Preliminary Hearing as to LAN MA held before Magistrate Judge Alan Kay on 11/29/05 : Preliminary Hearing waived by the defendant. LAN MA Held for the Grand Jury - Probable Cause Shown. Consent by the defendant and counsel to exclude 40 days in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act. Control/Status Hearing set for 1/9/06 at 1:30 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. LAN MA continued on Personal Recognizance Bond. [AUSA: John Carlin; CJA: Edward Sussman; Int.: Soo Knowles](Court Reporter: Pro-Typists, Inc.; Ctrm. 4) (kk) (Entered: 11/30/2005) |
| 11/29/2005 | 5 | WAIVER of Preliminary Hearing by LAN MA. (kk) (Entered: 12/01/2005) |

| | | |
|---|---|---|
| 01/09/2006 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson :Initial Appearance as to LAN MA held on 1/9/2006. Speedy trial waiver filed. Status Conference set for 3/10/2006 at 09:30 AM in Courtroom 4 before Magistrate Judge John M. Facciola. Defendant remains on Personal Recognizance. (Defense Attorney Edmond Sussman; US Attorney John Carlin/Corbin Weiss; Interp: Soo Knowlez) (lm, ) (Entered: 01/10/2006) |
| 01/09/2006 | 6 | WAIVER of Speedy Trial by LAN MA. excluding 70 days. (lm, ) (Entered: 01/10/2006) |
| 03/10/2006 | | Minute Entry for Status Hearing as to LAN MA held before Magistrate Judge John M. Facciola on 3/10/06 : Control/Status Hearing set for 5/4/06 at 1:45 PM in Courtroom 7 before Magistrate Judge Alan Kay. Agreement by the defendant and counsel to waive the speedy trial time between 3/10/06 and 5/4/06, in the interest of justice. LAN MA continued on Personal Recognizance Bond. [AUSA: John Carlin and DOJ: Corbin Weiss; CJA: Edward Sussman; Intp.: Judith Shapiro](Court Reporter: Pro-Typists, Inc.; Ctrm. 4) (kk) (Entered: 03/14/2006) |
| 04/17/2006 | 7 | CJA 21 as to LAN MA: Authorization to Pay Judith Shapiro $192.00 for Expert Services, Voucher # Unknown. Signed by Magistrate Judge Alan Kay on 4/17/06. (tnr, ) (Entered: 04/17/2006) |
| 05/04/2006 | | Minute Entry for Control/Status Hearing as to LAN MA held before Magistrate Judge Alan Kay on 5/4/06 : Consent by the defendant and counsel to exclude 60 days in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act. Further Control/Status Hearing set for 6/30/06 at 9:30 AM in Courtroom 2 before Magistrate Judge John M. Facciola. LAN MA continued on Personal Recognizance Bond. [AUSA: Angela George for John Carlin and Corbin Weiss; CJA: Edward Sussman; Int.: Helen Cole](Court Reporter: Pro-Typists, Inc.; Ctrm. 7) (kk) (Entered: 05/05/2006) |
| 05/08/2006 | 8 | CJA 21 as to LAN MA: Authorization to Pay Judith Shapiro $192.00 for Expert Services, Voucher # Unknown. Signed by Magistrate Judge Alan Kay on 5/8/06. (tnr, ) (Entered: 05/10/2006) |
| 06/30/2006 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Control Status Hearing as to LAN MA held on 6/30/2006; Speedy Trial Waiver excluding 45 days in the interest of justice X-T. Control Status Hearing set for 8/10/2006 01:45 PM in Courtroom 7 before Magistrate Judge Alan Kay. Defendant Bond Status defendant remains on personal recognizance (Court Reporter Pro Typist) (Defense Attorney Mark Cummings for Edward Sussman; US Attorney David Woll for John Carlin, Corbin Weiss) Interpreter Helen Cole (ldc, ) (Entered: 06/30/2006) |
| 06/30/2006 | | Interpreter Helen Cole appointed in case as to LAN MA (ldc, ) (Entered: 06/30/2006) |
| 08/10/2006 | | Minute Entry for Control/Status Hearing as to LAN MA held before Magistrate Judge Alan Kay on 8/10/06 : Oral motion by the Government to dismiss the magistrate case without prejudice, heard and granted. [AUSA: John Carlin and DOJ: Corbin Weiss; CJA: Edward Sussman; Intp.: Judith Shapiro] (Court Reporter: Pro-Typists, Inc.; Ctrm. 7) LAN MA Discharged. (kk) (Entered: 08/11/2006) |
| 08/10/2006 | | DISMISSAL OF MAGISTRATE CASE by USA as to LAN MA. (tnr, ) (Entered: 08/15/2006) |

| | | |
|---|---|---|
| 08/17/2006 | 9 | Consent MOTION for Return of Property/PreTrial *(passport)* by LAN MA. (Attachments: # 1 Text of Proposed Order)(Sussman, Edward) (Entered: 08/17/2006) |
| 08/18/2006 | 10 | ENTERED IN ERROR.....NOTICE OF ATTORNEY APPEARANCE: Edward Charles Sussman appearing for LAN MA (Sussman, Edward) Modified on 8/21/2006 (tnr, ). (Entered: 08/18/2006) |
| 08/21/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: 10 Notice of Attorney Appearance for Defendant was entered in error due to typographical errors. Counsel was instructed to refile said pleading as to LAN MA. (tnr, ) (Entered: 08/21/2006) |
| 08/29/2006 | 11 | ORDER granting 9 Consent Motion by defendant LAN MA for Return of Property/Passport; directing that the Pretrial Services Agency return the defendant's passport to her personally, or to Edward Sussman, her counsel of record; signed by Magistrate Judge Alan Kay on 8/29/06. (kk) (Entered: 08/31/2006) |
| 09/13/2006 | 12 | CJA 20 as to LAN MA: Appointment of Attorney Edward Charles Sussman for LAN MA. Signed by Magistrate Judge Alan Kay on 9/13/06 NPT 11/14/05. (tnr, ) (Entered: 09/14/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/24/2008 10:14:35 | | | |
| **PACER Login:** | sc3131 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-mj-00602-AK |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

CLOSED

## U.S. District Court
### District of Columbia (Washington, DC)
### CRIMINAL DOCKET FOR CASE #: 1:05-mj-00607-AK All Defendants

Case title: USA v. GOMEZ                                    Date Filed: 11/14/2005

Assigned to: Magistrate Judge Alan Kay

**Defendant (1)**
RICARDO GUEVARA GOMEZ                     represented by **Teresa Grey Kleiman**
                                          503 D Street, NW
                                          Suite 340
                                          Washington, DC 20001
                                          (202) 638-0016
                                          Fax: (202) 638-2211
                                          Email: mskleiman@aol.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*
                                          *Designation: CJA Appointment*

**Pending Counts**                        **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                     **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                            **Disposition**
COMPLAINT filed in violation of 18:371.

**Plaintiff**
USA                                       represented by **John P. Carlin**

U.S. ATTORNEY'S OFFICE  
555 Fourth Street, NW  
Washington, DC 20530  
(202) 353-2457  
Fax: (202) 307-2304  
Email: john.carlin@usdoj.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Corbin A. Weiss**  
U.S. DEPARTMENT OF JUSTICE  
1301 New York Avenue, NW  
Washington, DC 20530-0001  
(202) 514-1564  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/10/2005 | | Arrest of RICARDO GUEVARA GOMEZ (tnr, ) (Entered: 11/14/2005) |
| 11/14/2005 | 2 | COMPLAINT as to RICARDO GUEVARA GOMEZ. (Attachments: # 1 Statement of Facts) (tnr, ) (Entered: 11/18/2005) |
| 11/14/2005 | 3 | Superior Court Number SP3150-05 (tnr, ) (Entered: 11/18/2005) |
| 11/14/2005 | | Minute Entry for Initial Appearance as to RICARDO GUEVARA GOMEZ held before Magistrate Judge Alan Kay on 11/14/05 : CJA counsel, Teresa Kleiman, appointed to represent RICARDO GUEVARA GOMEZ. Consent by the defendant and counsel to exclude 30 days in computing the time within which an indictment must be filed pursuant to the Speedy Trial Act. Preliminary Hearing set for 1/9/06 at 1:30 PM in Courtroom 4 before Magistrate Judge Deborah A. Robinson. RICARDO GUEVARA GOMEZ placed on Personal Recognizance Bond. (Please Note: Defendant was released on PR bond in D.C. Superior Court on 11/11/05.) [DOJ: John Carlin and Corbin Weiss; CJA: Teresa Kleiman; Int.: Patricia Cepeda](Court Reporter: Pro-Typists, Inc.; Ctrm. 4) (kk) (Entered: 11/28/2005) |
| 11/14/2005 | 4 | ORDER Setting Conditions of Release of Personal Recognizance Bond as to RICARDO GUEVARA GOMEZ (1), signed by Magistrate Judge Alan Kay on 11/14/05. (kk) (Entered: 11/28/2005) |
| 11/17/2005 | 1 | NOTICE OF ATTORNEY APPEARANCE: Teresa Grey Kleiman appearing for RICARDO GUEVARA GOMEZ *CJA appointed on 11/14/05* (Kleiman, Teresa) (Entered: 11/17/2005) |
| 11/28/2005 | 5 | CJA 20 as to RICARDO GUEVARA GOMEZ: Appointment of Attorney Teresa Grey Kleiman for RICARDO GUEVARA GOMEZ; Signed by Magistrate Judge Alan Kay on 11/28/05. (erd) (Entered: 11/30/2005) |
| 01/09/2006 | | Minute Entry for proceedings held before Magistrate Judge Deborah A. Robinson :Status Conference as to RICARDO GUEVARA GOMEZ held on 1/9/2006. Speedy Trial Waiver filed. Preliminary Hearing set for 3/10/2006 at 09:30 AM in Courtroom 4 before Magistrate Judge John M. Facciola. Defendant remains on Personal |

| | | |
|---|---|---|
| | | Recognizance. (Defense Attorney Teresa Kleiman; US Attorney John Carlin/Corbin Weiss; (lm, ) (Entered: 01/10/2006) |
| 01/09/2006 | 6 | WAIVER of Speedy Trial by RICARDO GUEVARA GOMEZ exluding 70 days. (lm, ) (Entered: 01/10/2006) |
| 03/10/2006 | | Minute Entry for Preliminary Hearing as to RICARDO GUEVARA GOMEZ held before Magistrate Judge John M. Facciola on 3/10/06 : Preliminary Hearing waived by the defendant. RICARDO GUEVARA GOMEZ Held for the Grand Jury - Probable Cause Shown. Control/Status Hearing set for 5/4/06 at 1:45 PM in Courtroom 7 before Magistrate Judge Alan Kay. Agreement by the defendant and counsel to waive the speedy trial time between 3/10/06 and 5/4/06, in the interest of justice. RICARDO GUEVARA GOMEZ continued on Personal Recognizance Bond. [AUSA: John Carlin and DOJ: Corbin Weiss; CJA: Teresa Kleiman; Intp.: Teresa Salazar](Court Reporter: Pro-Typists, Inc.; Ctrm. 4) (kk) (Entered: 03/14/2006) |
| 03/10/2006 | 7 | WAIVER of Preliminary Hearing by RICARDO GUEVARA GOMEZ. (kk) (Entered: 03/14/2006) |
| 05/04/2006 | | Minute Entry for Control/Status Hearing as to RICARDO GUEVARA GOMEZ held before Magistrate Judge Alan Kay on 5/4/06 : Consent by the defendant and counsel, and approval by the Court, to exclude 60 days in computing the time within which and indictment must be filed pursuant to the Speedy Trial Act. Further Control/Status Hearing set for 6/30/06 at 9:30 AM in Courtroom 2 before Magistrate Judge John M. Facciola. RICARDO GUEVARA GOMEZ continued on Personal Recognizance Bond. [AUSA: Angela George for John Carlin and Corbin Weiss; CJA: Teresa Kleiman; Int.: Teresa Salazar] (Court Reporter: Pro-Typists, Inc.; Ctrm. 7) (kk) (Entered: 05/08/2006) |
| 06/30/2006 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola :Control Status Hearing as to RICARDO GUEVARA GOMEZ held on 6/30/2006; Speedy Trial Waiver excluding 45 days in the interest of justice X-T. Control Status Hearing set for 8/7/2006 09:30 AM in Courtroom 7 before Magistrate Judge Alan Kay. Defendant Bond Status defendant remains on personal recognizance (Court Reporter Pro Typist) (Defense Attorney Teresa Kleiman; US Attorney Julieanne Himelstein for David Woll, John Carlin, Corbin Weiss; Interpreter Patricia Cepada) (ldc, ) Modified on 7/3/2006 (ldc, ). (Entered: 06/30/2006) |
| 06/30/2006 | | Interpreter Patricia Cepada appointed in case as to RICARDO GUEVARA GOMEZ (ldc, ) (Entered: 06/30/2006) |
| 08/07/2006 | | Minute Entry for Control/Status Hearing as to RICARDO GUEVARA GOMEZ held before Magistrate Judge Alan Kay on 8/7/06 : Further Control/Status Hearing set for 8/14/06 at 9:30 AM in Courtroom 7 before Magistrate Judge Alan Kay. The defendant's presence is waived for the next hearing. [AUSA: John Carlin; CJA: Teresa Kleiman; Intp.: Teresa Salazar] (Court Reporter: Pro-Typists, Inc.; Ctrm. 7) RICARDO GUEVARA GOMEZ continued on Personal Recognizance Bond. (kk) (Entered: 08/07/2006) |
| 08/14/2006 | | Minute Entry for Control/Status Hearing as to RICARDO GUEVARA GOMEZ held before Magistrate Judge Alan Kay on 8/14/06 : Oral motion by the Government to dismiss the magistrate case without prejudice, heard and granted. The defendant's passport is to be returned to him by the Pretrial Services Agency. [AUSA: John Carlin; CJA: Teresa Kleiman; No Intp. requested for this hearing] (Court Reporter: Pro-Typists, |

| | | |
|---|---|---|
| | | Inc.; Ctrm. 7) RICARDO GUEVARA GOMEZ Discharged. (kk) (Entered: 08/15/2006) |
| 08/14/2006 | | DISMISSAL OF MAGISTRATE CASE by USA as to RICARDO GUEVARA GOMEZ. (tnr, ) (Entered: 08/15/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/24/2008 10:23:21 | | | |
| PACER Login: | sc3131 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-mj-00607-AK |
| Billable Pages: | 2 | Cost: | 0.16 |