## EXHIBIT 1

**Letter from Mr. Yan Lin, the Financial Mananger of Hunan Mayfair, regarding the offer of Ms. Li Rong Zhuang's Employment**
(1 Original)

Case 1:05-mj-00601-AK     Document 9-9     Filed 07/02/2008     Page 1 of 9

# 公　证　书

中华人民共和国湖南省长沙市蓉园公证处

尊敬的先生/女士:

  我自2005年5月在湖南宜发投资置业有限公司任财务经理。兹来信确认湖南宜发投资置业有限公司(下文中简称为"湖南宜发")已向美国籍庄丽容女士发出聘用书。

  湖南宜发聘用庄丽容女士为湖南宜发全职财务经理助理。庄女士的工作职责包括,但不限于,管理监控资金流向、存款核查、发行核查、保管银行账户记录、预算计划、保管支出记录、以及协助我管理和监控湖南宜发其他金融事务。自2005年1月,湖南宜发的主要业务包括兴建15栋高层公寓住宅,总共2000套公寓,一座豪华酒店和两个购物中心,工程预计在2015年秋季全部竣工。

  同时,庄丽容女士的丈夫庄健先生是湖南宜发的总经理助理(全职)。他的职位是我公司永久且全职的。在以上提到的高层公寓,以及豪华酒店和购物中心兴建期间,庄先生将一直在我公司工作。

  湖南宜发的公司政策要求每个即将在我公司财务部工作的职员提供一份无犯罪记录证明,以证明他或她无被逮捕,起诉或犯罪记录。因此,为保证庄丽容女士就任我公司财务经理助理一职,我公司需庄丽容女士递交一份美国开具的无犯罪记录证明以证明她从未被逮捕,起诉或犯罪。只要收到此证明文件,我公司将立即聘用庄女士在我公司工作。

  此致敬礼!

财务经理  [签名]

湖南宜发投资置业有限公司

2008年6月26日

[公章:湖南宜发投资置业有限公司]

公 证 书

（2008）湘长蓉证字第 8079 号

兹证明前面的文件上"湖南宜发投资置业有限公司"之印章和"林艳"之签名均属实。

中华人民共和国湖南省长沙市蓉园公证处

公证员： 

二零零八年六月二十六日 

XⅥ20384692



HUNAN MAYFAIR REAL ESTATE INVESTMENT CO.,LTD

June 26, 2008

Re: <u>*Lirong Zhuang*</u>

Dear Sir or Madam:

I am the Financial Manager of Hunan Mayfair Real Estate Investment Co., Ltd., and I have been so employed since May 2005. I am writing this letter to confirm that Hunan Mayfair Real Estate Investment Co., Ltd. (hereinafter called "Hunan Mayfair") has extended an offer of employment to Ms. Lirong Zhuang, who is a national of the United States of America.

Hunan Mayfair has extended an offer of employment to Ms. Lirong Zhuang for her to work full-time as the assistant financial manager of Hunan Mayfair. Ms. Zhuang's job duties will include, but not be limited to, managing/controlling cash flow, depositing cash and checks, issuing checks, maintaining records of bank accounts, planning budgets, maintaining a record of costs and expenses, and assisting me to manage and control all other financial affairs of Hunan Mayfair. Since about January 2005, Hunan Mayfair's principal business consists of the construction of 15 high rise condominium buildings containing 2000 condominium units, a luxury hotel, and two shopping centers, and it is estimated that said project will be completed on or about Fall 2015.

Currently, Ms. Lirong Zhuang's husband, Mr. Jian Zhuang, is employed full-time as the assistant general manager at Hunan Mayfair. His position at Hunan Mayfair is a permanent and full-time job, and Mr. Zhuang is expected to work at Hunan Mayfair through the completion of the construction of the aforementioned high rise condominium buildings, luxury hotel, and shopping centers.

Hunan Mayfair's company policy is to require each individual who will be working in our financial department to present a criminal record clearance certificate, to prove that he or she never was arrested, charged with, or convicted of a crime. Consequently, in order for Ms. Lirong Zhuang to commence employment at our company as the assistant financial manager, Hunan Mayfair has required that Ms. Zhuang present us with a criminal clearance certificate from the United States to prove that she never was arrested, charged with, or convicted of a crime. Upon our receiving such documentary



Re: *Lirong Zhuang*
Page 2 of 2

proof, Hunan Mayfair immediately will permit Ms.Zhuang to begin her employment at our company.

Sincerely,

Yan Lin
Financial Manager,
HUNAN MAYFAIR REAL ESTATE INVESTMENT CO., LTD.

# NOTARIAL CERTIFICATE

(Translation)

(2008)XCRZ Zi, No.8079

To whom it may concern:

This is to certify that the seal of Hunan Mayfair Real Estate Investment Co., Ltd. and the signature of Lin Yan affixed on the Document attached hereto are found to be authentic.

Notary: Rao Zhongwei

Changsha Rongyuan Notary Public Office

Hunan Province

The People's Republic of China

26 June 2008

XVI 20384697

# 公　证　书

(2008)湘长蓉证字第 8080 号

兹证明前面的英文译本内容与(2008)湘长蓉证字第 8079 号公证书中文正本相符。

中华人民共和国湖南省长沙市蓉园公证处

公证员：

二零零八年六月二十六日

XM20384695

# NOTARIAL CERTIFICATE

(Translation)

(2008) XCRZ Zi, No.8080

To whom it may concern:

This is to certify that the English version attached hereto is in conformity with the original of Notarial Certificate (2008) XCRZ Zi, No.8079 in Chinese.

Notary: Rao Zhongwei

Changsha Rongyuan Notary Public Office

Hunan Province

The People's Republic of China

26 June 2008

XM20384699