# EXHIBIT 2

**Application for Certified Public Accountancy License of the Sate of Maryland (1 Copy)**



# MARYLAND
## Department of Labor, Licensing, & Regulation

## CPA - Reciprocal Initial Application

An applicant may qualify for licensure by reciprocity who:

a. In general-Subject to the following provisions the Board may grant a reciprocal license to an individual who is:
   1. a certified public accountant licensed by another state or
   2. The holder of a license, certificate, or degree that is issued by another country and is recognized as authority for the holder to practice certified public accountancy in that country in a manner comparable to practicing certified public accountancy in this State.

b. Conditions - The Board may grant a waiver under this section only if the applicant:
   1. is of good character and reputation;
   2. is at least 18 years of age; and
   3. (i) provides adequate evidence that, at the time the applicant was licensed by the other state or country, the applicant met educational, examination, and experience requirements that were substantially equivalent to those then required by the laws of Maryland; OR
   (ii) has practiced full time as a certified public accountant in accordance with subsection (a)(1) or (2) of this section for 5 out of the last 10 years immediately preceding submission of the application and has passed the Uniform Public Accountancy Examination.

**Full Name:** [ _____ ]  [ _____ ]  [ _____ ]
          (First)     (Middle)     (Last)

(•) I have a United States mailing address

**Address:** [ _____ ]
[ _____ ]

**City, State Zip:** [ _____ ] , [ _____ ] - [ _____ ]

**County:** [ Select A County ▼ ]

( ) I have a mailing address outside the United States

**Address:** [ _____ ]
[ _____ ]

**Social Security Number:** [ ]

**Date of Birth:** [ ] - [ ] - [ ] (MM-DD-YYYY)

**Place of Birth:**
- ⦿ I was born in the United States
  City and State: [ ] , [ ]
- ○ I was born outside the United States
  City and Country: [ ]

**Daytime Phone Number:** [ ] - [ ] - [ ]

**E-mail address:** [ ]

Do you hold an unexpired license to practice Certified Public Accountancy?   ○ Yes ○ No

If "Yes", State: [Please choose a state ▼]   License: [ ]

Expiration date: [ ] / [ ] / [ ]

1. Have you ever been convicted of a felony or misdemeanor in any State, District of Columbia or Federal court?   ○ Yes ○ No
2. Have you ever had this type of license denied, suspended, or revoked by Maryland, any other State or the District of Columbia?   ○ Yes ○ No
3. Have you been convicted of or received probation before judgment of any drug offense committed after January 1, 1991?   ○ Yes ○ No

○ I have Workers Compensation Coverage   Policy/Binder No. [ ]

Issued by the [ ]

⦿ I am not an employer required to provide employee coverage under the Workers Compensation Law.

## Certification

By pressing "Submit" below:

> I hereby certify, under penalty of perjury, that the information contained herein is true and correct to the best of my knowledge, information, and belief. I further authorize the release of any information contained within this application to an authorized representative of the Department of Labor, Licensing and Regulation for further investigation. I further certify that I have paid all undisputed taxes and unemployment insurance contributions payable to the Comptroller or the Department of Labor, Licensing and Regulation or have provided for payment in a manner satisfactory to the unit responsible for collection.

[Submit]   [Undo All Changes]

[ Home ] [ What's New! ] [ General Info ] [ DLLR Divisions ] [ Forms & Applications ] [ Search The Site ]



# CPA - Notification Application
## (Privileges to practice as a Certified Public Accountant in Maryland)

### Based upon active licensure in another State

**To determine State Equivalence eligibility:**

**License Issuance State:** [Select State ▼]

**Do you currently/have you ever applied to the Maryland Board of Accountancy for a license?** ○ Yes ○ No

If so, give application date: [  ] / [  ] / [    ] (MM/DD/YYYY)

**Social Security Number:** [         ] (no dashes)

Please enter twice to ensure accuracy

**Social Security Number:** [         ] (no dashes)

1. Have you ever been convicted of a felony or misdemeanor in any State, District of Columbia or Federal court?  ○ Yes ○ No

2. Have you ever had this type of license denied, suspended, or revoked by Maryland, any other State or the District of Columbia?  ○ Yes ○ No

3. Have you been convicted of or received probation before judgment of any drug offense committed after January 1, 1991?  ○ Yes ○ No

**Are you seeking practicing privileges in the State of Maryland through a firm?** ○ Yes ○ No

If **you are** seeking practicing privileges in the State of Maryland through a firm, and your firm is licensed in the State of Maryland, please enter the firm's permit number (otherwise leave blank): [      ]

[ Continue ]

[ Home ] [ What's New! ] [ General Info ] [ DLLR Divisions ] [ Forms & Applications ] [ Search The Site ]