IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : Case No.: **1:05-MJ-00601-** |
| | : **AK-1** |
| | : |
| **LIRONG ZHUANG** | : |
| | : |
| **Defendant.** | : |

## ORDER

UPON CONSIDERATION of the Motion for Expungement of Arrest Record and Criminal Record filed by Defendant, LIRONG ZHUANG, any response thereto by Plaintiff, the United States of America, and the other pleadings and papers on file herein, it is, by the United States District Court for the District of Columbia hereby

ORDERED, that the Motion for Expungement of Arrest Record and Criminal Record of Defendant is HEREBY GRANTED; and it is

FURTHER ORDERED, that the records in the possession of the Federal Bureau of Investigations of the arrest and booking of Defendant, LIRONG ZHUANG, for violation of Title 18 of the United States Code, Sections 371 and 2300, be expunged; and it is

FURTHER ORDERED, that all fingerprints, photographs and palm prints of Defendant, LIRONG ZHUANG, following said arrest be destroyed or returned to Defendant, LIRONG ZHUANG; and it is

FURTHER ORDERED, that the Clerk of the United States District Court for the District of Columbia seal the records filed under the above-styled case, including any stenographic minutes pertaining thereto, which records shall not be inspected or divulged to any person, except for good cause shown and upon further order of this Court, after notice to Defendant, LIRONG ZHUANG; and it is

FURTHER ORDERED, that the arrest of Defendant, LIRONG ZHUANG, on November 10, 2005, for violation of Title 18 of the United

States Code, Sections 371 and 2300, be deemed a nullity and that Defendant, LIRONG ZHUANG, be restored, in contemplation of law, to the status that she occupied before her arrest.

cc: Counsel for Plaintiff, the UNITED STATES OF AMERICA–John P. Carlin, Esq. and Corbin A. Weiss, Esq.
Counsel for Defendant, LIRONG ZHUANG–Sharon C. Chu, Esq.

**End of Order**